FREESTONE COUNTY V. DUNBAR BRAGG.

A county cannot appeal to the Supreme Court without giving the appeal bond required by law for other litigants. (Paschal's Dig., Art. 1491, Note 583.)

A county is not within the exceptions of the statute. (Paschal's Dig., Art. 1503, Note 591.)

APPEAL from Freestone. The case was tried before Hon. JOHN GREGG, one of the district judges.

*W. C. Wilson,* for the appellee.

WILLIE, J.—This cause is brought up by appeal, and no bond was filed in the court below, as required by the statute. We are not aware of any exception under which a county court may prosecute an appeal without first giving bond. This court has, therefore, no jurisdiction of the case, and it must be dismissed. (Burr. v. Lewis, 6 Tex., 76; Lyell v. Guadaloupe County, decided at present term. *Ante,* 57.)

APPEAL DISMISSED.